UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00181-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN C. WALSHE,

    Defendant.

---

# ORDER

---

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Materials (Motion) **(#22)** to the attorney for Defendant, pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I). Having reviewed the Motion,

**IT IS ORDERED** that the Government's Motion is **GRANTED**, and that grand jury testimony and accompanying exhibits may be disclosed to the attorney for the Defendant for preparation for trial. It is

**FURTHER ORDERED** that:

    a.    Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

    b.    Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, the date of the delivery, and that defense counsel deliver a copy of any Order allowing disclosure with the materials;

    c.    Defense counsel provide the Defendant with reasonable access to the grand jury

materials, but that defense counsel not allow the Defendant to retain copies of any grand jury materials;

d. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

e. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the Government within ten days.

DATED this 10th day of June, 2010.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge