IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action Number: 10-cr-00181-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN C. WALSHE,

Defendant.

_____

## ORDER FOR SANITY EVALUATION
_____

Upon consideration of the Defendant's Notice of Insanity Defense (Doc. #45), the response (Doc. #48) and reply (Doc. #50) thereto, and the arguments made on December 8, 2010, in open court, it is hereby

ORDERED, that the Government's request for an examination pursuant to 18 U.S.C. Section 4242 is GRANTED; and it is further

ORDERED, that the examination shall be conducted on an outpatient basis by Dr. Susan Bograd, 3300 East 1st Avenue, Denver, Colorado 80206, (303) 320-1968; and it is further

ORDERED, that Defendant shall contact Dr. Bograd's office within 72 hours following the issuance this order, and shall cooperate fully in Dr. Bograd's examination procedures; and it is further

ORDERED, that the report will be submitted within 45 days following the issuance of this order, and will be sent directly to the Court with copies provided to both counsel.

DATED this 14th day of December, 2010.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge

Respectfully Submitted:

*s/ Anthony Viorst*
Anthony Viorst, Esq.
Viorst Law Offices, P.C.
950 S. Cherry Street, Suite 300
Denver, CO  80246
Phone:  303-759-3808
Fax:  303-333-7127
Email:  tony@hssspc.com
Attorney for Defendant

JOHN F. WALSH
United States Attorney

*s/ Suneeta Hazra*
 SUNEETA HAZRA
 Assistant U.S. Attorney
 1225 17th Street, Suite 700
 Denver, CO 80202
 Telephone 303-454-0100
Facsimile 303-454-0402