UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00181-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN C. WALSHE,

       Defendant,

HARRY L. SIMON,

       Interested Party.

## ORDER DENYING MOTION TO QUASH

THIS MATTER is before the Court on Interested Party Harry L. Simon's Emergency Motion to Quash or Modify Subpoena (#**150**). The Defendant requested and served a subpoena on Mr. Simon, compelling him to testify at the Defendant's criminal trial on November 10, 2011. Mr. Simon requests to be excused from appearing on the grounds that he has a family vacation scheduled for November 5 to November 14, 2011; he states that complying with the subpoena will require him to cancel this vacation, causing him financial loss and other hardship. He further states that he advised Defense counsel two weeks ago of this conflict. The Defendant has made no motion with particulars for presenting testimony from a remote location (for example, by videoconference or telephone).

The Court recognizes that being a witness in a criminal trial poses inconveniences but sees no grounds to quash the subpoena or otherwise excuse Mr. Simon from appearing and testifying. A criminal defendant has a constitutional right to present witnesses in his defense and

to compel their testimony. *United States v. Pablo*, 625 F.3d 1285, 1296 (10th Cir. 2010). Mr. Simon presents no legal authority or argument to show that the subpoena should not be enforced.

**THEREFORE, IT IS ORDERED** that:

1. The Emergency Motion to Quash or Modify Subpoena (**#150**) is **DENIED**.

DATED this 3rd day of November, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge